IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:22cr64-MHT
                            )           (WO)
D'VONTE LOCKLEY             )
```

ORDER

Based on the representations made on the record on October 3, 2024, that defendant D'Vonte Lockley is doing well on supervised release, it is ORDERED that the court will not set any future status conferences or take any further action at this time.

DONE, this the 4th day of September, 2024.

                        /s/ Myron H. Thompson  
                        **UNITED STATES DISTRICT JUDGE**